IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JOHNSON | : |
|     Plaintiff, | |
| v. | : |
| PA. DEPARTMENT OF EDUCATION; | CIVIL ACTION |
| SECRETARY PEDRO A. RIVERA; : | NO. 19-1782 |
| COMMONWEALTH OF PA; | |
| PHILADELPHIA SCHOOL DISTRICT; | |
| DEPARTMENT OF HUMAN SERVICES; : | |
| FEDERAL BUREAU OF INVESTIGATIONS; | |
| ATTORNEY GENERAL'S OFFICE; and, | |
| JOHN DOES 1-10 : | |
|     Defendant. | |

## **ORDER**

AND NOW, this 24th day of March 2020, it is hereby ORDERED as follows:

(1) This Court's Order dated September 23, 2019 (ECF No. 12) shall be VACATED by reason of crossed filings on September 23-24, 2019 by both Plaintiff and this Court (ECF Nos. 9, 11.);

(2) Defendants Attorney General's Office and Federal Bureau of Investigations' Motion to Dismiss (ECF No. 6), Philadelphia School District's Motion to Dismiss (ECF No. 7), and the Commonwealth of Pennsylvania, Department of Human Services, Pennsylvania. Department of Education, and Pedro A. Rivera's Motion to Dismiss (ECF No. 8), are GRANTED, all in accordance with this Court's accompanying Memorandum; and,

(3) The Clerk of Court shall mark the matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II    J.